RECEIVED

OCT 2 4 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| VINCENT C. YOUNG, SR. | CIVIL ACTION NO. 05-1088-M |
| VS. | SECTION P |
| WARDEN, WINN CORRECTIONS CENTER | JUDGE JAMES |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 24 day of October, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE